**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOUNTAIN SPORTS LLC; *et al.*,[1] | ) | Case No. 24-11385 (MFW) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |

**AGENDA FOR FIRST DAY HEARING
SCHEDULED FOR JUNE 21 2024 AT 11:30 A.M. (EDT)**

**THE HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT
WWW.DEB.USCOURTS.GOV**

**OR CLICK THE BELOW LINK:**

**https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**MATTERS GOING FORWARD:**

1. Voluntary Petition of Mountain Sports LLC (Case No. 24-11385) [Docket No. 1; Filed 6/18/2024]

2. Voluntary Petition of SDI Stores LLC (Case No. 24-11386) [Docket No. 1; Filed 6/18/2024]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Mountain Sports LLC (9597); SDI Gift Card LLC (9775); Bob's Stores USA LLC (6115); SDI Stores LLC (4751); and Mountain Sports USA LLC (4036). The location of the Debtors' corporate headquarters is 160 Corporate Court, Meriden, CT 06450.

3. Voluntary Petition of SDI Gift Card LLC (Case No. 24-11387) [Docket No. 1; Filed 6/18/2024]

4. Voluntary Petition of Bob's Stores USA LLC (Case No. 24-11388) [Docket No. 1; Filed 6/18/2024]

5. Voluntary Petition of Mountain Sports USA LLC (Case No. 24-11389) [Docket No. 1; Filed 6/18/2024]

6. Declaration of David Barton in Support of First Day Motions [Docket No. 21; filed 6/20/2024]

7. First Day Motions:

    a. Debtors' Motion For an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3; Filed 6/19/2024]

    b. Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Authorizing the Payment of Prepetition Administrative Fees Relating to Utility Services, and (V) Granting Related Relief [Docket No. 4; Filed 6/19/2024]

    c. Debtors' Motion for Entry of Interim and Final Orders *Nunc Pro Tunc* to the Petition Date Authorizing (I) Continued Maintenance of Existing Cash Management System and Accounts, (II) Use of Existing Forms, and (III) Related Relief [Docket No. 7; Filed 6/19/2024]

    d. Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Granting Related Relief [Docket No. 8; Filed 6/19/2024]

    e. Motion for Order Authorizing Payment of Prepetition Sales and Use Taxes [Docket No. 9; Filed 6/19/2024]

    f. Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, and (B) Honor All Insurance Obligations, and (II) Granting Related Relief [Docket No. 10; Filed 6/19/2024]

        (i) Notice of Filing of Exhibit C to Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, and (B) Honor All Insurance Obligations, and (II) Granting Related Relief [Docket No. 22; Filed 6/20/2024]

g. Emergency Motion pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) For Related Relief [Docket No. 11; Filed 6/19/2024]

Respectfully submitted,

Dated: June 20, 2024 **GOLDSTEIN & MCCLINTOCK, LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

-and-

Matthew E. McClintock, Esq. (admitted *pro hac vice*)
Amrit S. Kapai, Esq (admitted *pro hac vice*)
William Thomas, Esq. (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
mattm@goldmclaw.com
amritk@goldmclaw.com
willt@goldmclaw.com

*Proposed counsel for the Debtor and Debtor-in-Possession*